**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UMMARAPORN SHUTTHIJIT, et al.,

                Plaintiffs,

                -against-

ANYTIME SOJU, INC., et al.,

                Defendants.
-------------------------------------------------------------x

24-CV-8709 (JPC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

An initial case management conference was held in this action on May 6, 2025. As discussed at the conference, it is **ORDERED** that:

- By **Tuesday, May 20, 2025**, Plaintiffs will provide Defendants with a copy of their proposed amended complaint, and a redline of the current complaint and the proposed pleading; and

- By **Tuesday, May 27, 2025**, the parties will file either (1) a proposed stipulation, agreeing to Plaintiffs' amendment, or (2) a letter including a proposed briefing schedule for a motion to amend, and briefly explaining why the parties cannot agree to Plaintiffs' amendment.

**SO ORDERED.**

Dated: May 6, 2025
       New York, New York

                *s/ Ona T. Wang*
                **Ona T. Wang**
                United States Magistrate Judge