**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
UMMARAPORN SHUTTHIJIT, et al.,                :
                                              :
            Plaintiffs,           :    24-CV-8709 (JPC) (OTW)
                                              :
            -against-            :    **ORDER**
                                              :
ANYTIME SOJU, INC., et al.,                   :
                                              :
            Defendants.           :
                                              :
                                              :
------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

The parties are directed to file a joint status letter on the last business Friday of each month until the close of discovery, beginning **Friday, July 25, 2025**.

      **SO ORDERED.**

                                                            *s/ Ona T. Wang*
Dated: June 23, 2025                                         **Ona T. Wang**
        New York, New York                        United States Magistrate Judge