UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

UMMARAPORN SHUTTHIJIT, NICHAPHAT REUMRAD, JUN HYUK LEE, ERIC KIM, and SEDON KANG, on behalf of themselves and all others similarly situated,

Case No.: 1:24-cv-08709-JPC-OTW

**RULE 68 JUDGMENT**

Plaintiffs,

-against-

K2 YH, INC., ANYTIME SOJU, INC., SUNGKYU CHOI, RACHEL JEONG, and SEUNGCHAN SHIN,

Defendants.

------------------------------------------------------------------x

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants K2 YH, INC., ANYTIME SOJU, INC., SUNGKYU CHOI, RACHEL JEONG, and SEUNGCHAN SHIN (collectively, "Defendants"), having offered to allow Plaintiffs UMMARAPORN SHUTTHIJIT, NICHAPHAT REUMRAD, JUNG HYUK LEE, ERIC KIM, and SEDON KANG ("Plaintiffs") to take a judgment against them, in the sum of One Hundred Eighty One Thousand Five Hundred Dollars and No Cents ($181,500.00), with respect to Plaintiffs' claims for relief, damages, fees, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer, dated January 9, 2026, and filed as **Exhibit A** to Docket Number 43;

**WHEREAS**, on January 9, 2026, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (ECF Dkt. No.: 43); and

It is **ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiffs UMMARAPORN SHUTTHIJIT, NICHAPHAT REUMRAD, JUNG HYUK LEE, ERIC KIM, and SEDON KANG, in the sum of One Hundred Eighty One Thousand Five Hundred Dollars and

No Cents ($181,500.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer, dated January 9, 2026, and filed as **Exhibit A** to Docket Number 43.

Dated:   January 15  , 2026
       New York, New York

_____
Hon. John P. Cronan
United States District Judge